

**NUMBER 13-14-00584-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHNNY PARTAIN,                                       **Appellant,**

**v.**

ESTATE OF JAMES H. MAPLES,                       **Appellee.**

### On Appeal from the County Court at Law No. 5
### of Hidalgo County, Texas

# ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Order Per Curiam

Appellant, Johnny Partain, proceeding pro se, has appealed an order of the county court dismissing his request for a temporary injunction in a forcible detainer action. It appears that appellant attempted to intervene in a forcible detainer action appellee brought against Dora Martinez in a justice-of-the-peace court. Appellant alleged that he was the real owner of the property in question and that Martinez was his tenant.

Martinez defaulted, but appellant attempted to appeal to the county court and moved for a temporary injunction. The trial court dismissed appellant's motion. Appellant has now filed an "Emergency Motion for Temporary Restraining Order to Protect the Status Quo." Appellant's motion is in substance a request to stay proceedings in the trial court during the pendency of the appeal. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (observing that "we look to the substance of a motion to determine the relief sought, not merely to its title"). We requested that appellee file a response to appellant's motion and granted appellee an extension of time in which to do so, but no response has been filed to date.

The Court, having examined and fully considered the motion for stay, including all of the documents appellant attached to the motion, is of the opinion that appellant has not shown that a stay is necessary to preserve his rights pending disposition of this appeal. *See* TEX. R. APP. P. 29.3. Accordingly, the motion for emergency stay is DENIED.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of November, 2014.

2